

United States District Court
for the
Northern District of Georgia
Atlanta Division

Racquel Neilly
Plaintiff,

v

Case Number: 1:22-CV-0116

Elliot on Abernathy
Defendant,

Notice of removal

I think my case should be removed because this was file within the first week of Non payment not giving me a chance to make payment with everything going on (covid) and I express that at the time I was in the Hospital.

Fulton County Magistrate Court
***E-FILED***<<Initials>>
Date: 10/12/2021 9:03 AM
Cathelene Robinson, Clerk
21ED196608

276311

**MAGISTRATE COURT OF FULTON COUNTY, STATE OF GEORGIA**

PROCEEDING AGAINST TENANT HOLDING OVER

Elliot on Abernathy Borrower LLC, Birchstone Residential
PO Box 451027
Atlanta GA 31145

PLAINTIFF'S NAME/ADDRESS/PHONE/EMAIL

Because of the global COVID-19 pandemic, you may be eligible for temporary protection from eviction under the laws of your State, territory, locality, or tribal area, or under Federal law.

Learn the steps you should take now:
- Visit www.cfpb.gov/eviction
- Or call a housing counselor at 800-569-4287

CASE # ____________

V.

Racquel Neilly and all others

650 Willow Heights Dr Ne unit 650
Sandy Springs GA 30328

DEFENDANT'S NAME & ADDRESS

Elizabeth Cruikshank, ESQ #215235

PLAINTIFF'S ATTORNEY NAME/ADDRESS/PHONE/EMAIL

1. Defendant is in possession as tenant of premises at the address in Fulton County as stated above.
2. Affiant is the ☐ Owner ☐ Attorney ☒ Agent ☐ Tenant of the owner of said premises.
3. Defendant ☒ fails to pay the rent which is now past due.
   ☐ holds the premises over and beyond the term for which they rented to him.
   ☐ no longer has permission to remain in the premises.
   ☐ other grounds: ____________
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

**WHEREFORE**, Plaintiff DEMANDS
(a) Possession of the premises.
(b) Past due rent of $ 1548.80 for the month(s) OCT
(c) Rent accruing up to the date of judgement of vacancy at the rate of $ 1548.80 per Month
(d) Other: See attached

*By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.*

/s/ Natasha Volmy — PLAINTIFF(S) or AFFIANT
10/12/2021 — DATE
PHONE NUMBER / EMAIL ADDRESS

**SUMMONS**

TO: THE MARSHAL of the Magistrate Court of Fulton County or his lawful deputies:

GREETINGS: The tenant must file either an online (www.AnswerDispo.com), oral or written Answer at Room TG100, 185 Central Avenue, SW, Atlanta, Georgia, 30303 between 8:30AM and 5:00PM within seven (7) days from the date of the actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit, The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession may be issued pursuant to O.C.G.A, § 44-7-53. If no Answer is made, a writ of possession shall issue instanter. WITNESS the Honorable Chief Judge of said Court. The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. § 44-7-50 and summons issues pursuant thereto. 10/12/2021 9:03 AM

This ________ day of ____________, ______

DEPUTY CLERK

**PRIVATE PROCESS SERVER AFFIDAVIT OF SERVICE**

I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of same:
☐ PERSONALLY ☐ DEFENDANT NOT FOUND AT WITHIN ADDRESS ON SAID SUMMONS AND AFFIDAVIT
☐ NOTORIOUSLY (NAME) ____________ Age ____ Wt. ____ Ht. ____
☐ TACK & MAIL. Posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed after attempting personal service. Said copy containing notice to the Defendant(s) to answer at the hour and place in said summons.

DATE OF SERVICE: ____________ DEFENDANT TO ANSWER ON OR BEFORE: ____________

PROFESSIONAL PROCESS SERVER NOTARY

**ANSWER**

To file your answer online visit www.AnswerDispo.com and enter your case number. All Answers must be electronically filed by 11:59PM on or before the last day to answer this summons. A service charge applies for online answers. No service charge applies to answers made written or orally at the courthouse.