# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELLIOT ON ABERNATHY BORROWER LLC and BIRCHSTONE RESIDENTIAL, <br><br> Plaintiffs, <br><br> v. <br><br><br> RACQUEL NEILLY and all others, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-cv-00116-WMR |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R & R") [Doc. 3], which recommends that this dispossessory action be remanded to the Magistrate Court of Fulton County based on lack subject matter jurisdiction. No objection to the R & R has been filed.

## I. LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R & R that is the subject of a proper objection. *Id.* As no objection to the R & R has been filed in this case, the clear error standard applies.

1

## II. CONCLUSION

After considering the Final Report and Recommendation [Doc. 3], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, it is hereby ORDERED that the case be **REMANDED** to the Magistrate Court of Fulton County. The Clerk of Court is directed to close this file.

IT IS SO ORDERED, this 17th day of March, 2022.

*William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE